IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NORMA PONCE HURST, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-1204-RP |
| WELLS FARGO BANK, N.A. *and* ANGELA ZAVALA, *Substitute Trustee*, | § § § § | |
| Defendants. | § § | |

**ORDER**

On October 24, 2023, Defendant Wells Fargo Bank, N.A. ("Wells Fargo") filed a motion to dismiss all of Plaintiff's claims in this matter. (Dkt. 5). Plaintiff's response to the motion to dismiss was due on or before November 7, 2023. *See* W.D. Tex. Loc. R. CV-7(d). Noting Plaintiff's lack of response, the Court issued an order to show cause on November 15, 2023. (Dkt. 6). The Court ordered Plaintiff to "show cause in writing on or before November 29, 2023, as to why the Court should not dismiss her claims against Wells Fargo for want of prosecution, or alternatively, why the Court should not grant Wells Fargo's motion to dismiss, (Dkt. 5), as unopposed." (*Id.* at 1). The Court warned, "Failure to do so may result in the dismissal of this action with prejudice." (*Id.*). To date, Plaintiff has not responded to the motion or the show cause order, nor has she sought leave for an extension of time to file a response.

Federal courts have the authority to dismiss a complaint for failure to prosecute. *Link v. Wabash R. Co.*, 370 U.S. 626, 633 (1962); Fed. R. Civ. P. 41(b) (permitting a court to dismiss an action if the plaintiff "fails to prosecute or to comply with . . . a court order"). Dismissal with prejudice for failure to respond to a dispositive motion is only appropriate when there is a "clear record of delay or contumacious conduct by the plaintiff" and if "lesser sanctions would not serve the best interests of justice." *Callip v. Harris Cty. Child Welfare Dep't*, 757 F.2d 1513, 1519 (5th Cir.

1

1985) (internal quotation marks and citation omitted). Given that Plaintiff has not responded to the motion to dismiss filed six weeks ago despite being ordered to do so, the Court finds that there is a clear record of inaction and nonresponsiveness that would justify dismissing this action for want of prosecution.

Accordingly, **IT IS ORDERED** that Plaintiff's claims against Defendants Wells Fargo and Angela Zavala, *Substitute Trustee* in this action are **DISMISSED WITH PREJUDICE**.

As nothing remains to resolve, **IT IS FURTHER ORDERED** that this case is **CLOSED**.

**SIGNED** on December 6, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE